# United States District Court

Northern District of New York

## CIVIL JUDGMENT

**DENISE C. COTE-HOPKINS**

                                **Plaintiff**

          **VS.**                        **5:04-CV-1306 (GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

                                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter be remanded to the Commissioner for reconsideration consistent with the discussion in the Court's Order, of the opinions of Dr. Mehrhof.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 8th day of January, 2006.

| | |
|---|---|
| **January 11, 2006** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI**<br>**DEPUTY CLERK** |